UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
TONY WAYNE MERRITT                         CASE NO. 24-80264
JANIE ILENE MERRITT                        JUDGE BENJAMIN A. KAHN
870 SMITH LEVEL ROAD
CHAPEL HILL, NC  27516

        DEBTORS

SSN(1) XXX-XX-3472      SSN(2) XXX-XX-2941        DATE: 11/12/2025

---

## REPORT OF FILED CLAIMS

---

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDENCE RESOURCE MANAGEMENT<br>4222 TRINITY MILLES STE 260<br>DALLAS, TX  75287 | $0.00<br>INT: .00%<br>NAME ID: 10690940<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: AT&T |
| DUKE UNIVERSITY HEALTH SYSTEM<br>P O BOX 110566<br>DURHAM, NC  27709 | $2,973.00<br>INT: .00%<br>NAME ID: 10297036<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 2941<br>COMMENT: CLASS B |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $22,145.61<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 23TX<br>COMMENT: OC,CLASS A/B/C,425A,125A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $88,922.96<br>INT: 8.00%<br>NAME ID: 123769<br>CLAIM #: 0010 | (S) SECURED<br><br>ACCT: 17TX<br>COMMENT: OC,425A,125A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $8,976.85<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: ,PEN<br>COMMENT: CLASS A,425A,125A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $34,285.47<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: PEN<br>COMMENT: CLASS A/B/C,425A,125A |
| KEVIN POIMBOEUF<br>3100 DAMASCUS CHURCH RD<br>CHAPEL HILL, NC  27516 | $64,456.80<br>INT: 8.00%<br>NAME ID: 10690942<br>CLAIM #: 0012 | (S) SECURED<br><br>ACCT:<br>COMMENT: JU,RP,125A |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $5,568.69<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 24TX<br>COMMENT: OC,CLASS A/B/C |

PAGE 2  -  CHAPTER 13 CASE NO. 24-80264

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $842.36<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 24TX<br>COMMENT:  CLASS A/B/C |
| ORANGE CO REGISTER OF DEEDS<br>P O BOX 8181<br>HILLSBOROUGH, NC  27278 | $52.00<br>INT: .00%<br>NAME ID: 10623<br>CLAIM #: 0016 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ORANGE COUNTY TAX COLLECTOR<br>P O BOX 8181<br>HILLSBOROUGH, NC  27278 | $4,675.44<br>INT: 10.25%<br>NAME ID: 43506<br>CLAIM #: 0020 | (S) SECURED<br><br>ACCT: 3472<br>COMMENT: OC |
| ORANGE COUNTY TAX COLLECTOR<br>P O BOX 8181<br>HILLSBOROUGH, NC  27278 | $354.03<br>INT: .00%<br>NAME ID: 43506<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 3472<br>COMMENT:  CLASS A/B/C |
| ORANGE COUNTY TAX OFFICE<br>P O BOX 8181<br>HILLSBOROUGH, NC  27278 | $0.00<br>INT: .00%<br>NAME ID: 10281797<br>CLAIM #: 0003 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| TESCOR SUPPORT SERVICES INC<br>622 PITCAIRN AVE<br>JEANETTE, PA  15644 | $232,502.12<br>INT: 9.50%<br>NAME ID: 10695006<br>CLAIM #: 0011 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 0264<br>COMMENT:  RE,NRRP,FLPY |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $2,068.20<br>INT: .00%<br>NAME ID: 170446<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 2941<br>COMMENT:  CLASS B |
| US BANK TRUST CO NA<br>PHH MORTGAGE<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | MONTHLY PMT  $3,685.19<br>INT: .00%<br>NAME ID: 10691659<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 5724<br>COMMENT:  DT,RE RP,CTD,EFF<br>OCT25,525A |
| US BANK TRUST CO NA<br>PHH MORTGAGE<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | $41,374.85<br>INT: .00%<br>NAME ID: 10691659<br>CLAIM #: 0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 5724<br>COMMENT:  RR,NOV24 THRU SEPT25,525A |
| US BANK TRUST CO NA<br>PHH MORTGAGE<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | $28,001.81<br>INT: .00%<br>NAME ID: 10691659<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 5724<br>COMMENT:  ARR THRU OCT24,525A |
| US BANK TRUST CO NA<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | MONTHLY PMT  $551.85<br>INT: .00%<br>NAME ID: 10691633<br>CLAIM #: 0007 | (H) ONGOING-SECURED<br><br>ACCT: 1659<br>COMMENT:  DT,RE RP,CTD,EFF OCT25 |
| US BANK TRUST CO NA<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | $6,212.79<br>INT: .00%<br>NAME ID: 10691633<br>CLAIM #: 0008 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1659<br>COMMENT:  ARR,NOV24 THRU SEPT25 |

PAGE 3  -  CHAPTER 13 CASE NO. 24-80264

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| US BANK TRUST CO NA<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | $2,455.76<br>INT: .00%<br>NAME ID: 10691633<br>CLAIM #:  0009 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  1659<br>COMMENT:  ARR THRU OCT24 |
| US BANK TRUST CO NA<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | $250.00<br>INT: .00%<br>NAME ID: 10691633<br>CLAIM #:  0022 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT:  1659<br>COMMENT:  POST PET FEES |
| US BANK TRUST CO NA<br>PHH MORTGAGE<br>ATTN SBRP<br>P O BOX 24781<br>WEST PALM BEACH, FL  33416 | $250.00<br>INT: .00%<br>NAME ID: 10691659<br>CLAIM #:  0023 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT:  5724<br>COMMENT:  PP FEES |
| VANN ATTORNEYS PLLC<br>3110 EDWARDS MILL RD STE 210<br>RALEIGH, NC  27612 | $47,854.59<br>INT: .00%<br>NAME ID: 10691616<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS A/B/C |
| WARD & SMITH PA<br>% PAUL A FANNING<br>P O BOX 8088<br>GREENVILLE, NC  27835-8088 | $51,829.79<br>INT: .00%<br>NAME ID: 10691619<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT:  0840<br>COMMENT:  CLASS A/B/C |
| **TOTAL:** | **$650,290.16** | |
| SAMANTHA K BRUMBAUGH<br>IVEY MCCLELLAN SIEGMUND ET AL<br>P O BOX 3324<br>GREENSBORO, NC  27402 | $10,153.48 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
P.O. Box 26100
Greensboro, NC  27402-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  11/12/2025

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice