C-13-15(ECF)
(Rev. 3/22)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                                    )
                                                          )                    **MOTION**
MERRITT, TONY WAYNE              xxx-xx-3472   )              **CHAPTER 13**
MERRITT, JANIE ILENE            xxx-xx-2941   )
870 SMITH LEVEL ROAD                          )              No:   24-80264   C-13D
CHAPEL HILL, NC 27516                         )
                            Debtors           )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

This plan was confirmed September 29, 2025.  The Debtors have defaulted in plan payments.  The Trustee recommends pursuant to 11 U.S.C. §1307(c) that the Debtors be dismissed from Chapter 13.

Date: December 12, 2025                        s/Anita Jo Kinlaw Troxler
AJKT:lac                                        Standing Trustee

-------------------------------------------------------------------------------------------------------------------------

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court on January 6, 2026, at 3:00 p.m. in Courtroom #1, Second Floor, 101 S. Edgeworth Street, Greensboro, NC 27401, at which time you may appear and offer your evidence.  If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date:  **December 12, 2025**                        OFFICE OF THE CLERK
                                                    U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
24-80264 C-13D


ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

TONY WAYNE MERRITT
870 SMITH LEVEL ROAD
CHAPEL HILL, NC 27516

JANIE ILENE MERRITT
870 SMITH LEVEL ROAD
CHAPEL HILL, NC 27516

SAMANTHA K BRUMBAUGH
IVEY MCCLELLAN SIEGMUND ET AL
P O BOX 3324
GREENSBORO, NC 27402

PAMELA P. KEENAN
P.O. BOX 19766
RALEIGH, NC 27619

KELLY DOWD TOMASIC
HUTCHENS LAW FIRM LLP, A MEMBER OF
FOUNDATION LEGAL GROUP, LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302

WILLIAM PAUL HARRIS
LOGS LEGAL GROUP, LLP
8520 CLIFF CAMERON DR STE 330
CHARLOTTE, NC 28269

JAMES ROBERTSON VANN
VANN ATTORNEYS, PLLC
3110 EDWARDS MILL RD STE 210
RALEIGH, NC 27612

PAUL A. FANNING
PO BOX 8088
GREENVILLE, NC 27835-8088